## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WMI LIQUIDATING TRUST,<br><br>                  Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>                  Defendants. | Civil Action No. 14-cv-1097 (GMS) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stephan E. Kyle, Esquire of Kyle Law Corp. and Michael J. Joyce, Esquire of Cross & Simon, LLC, hereby enter their appearance as counsel on behalf of Defendants Melba Bartels, Kenneth Kido, Steven Stein, Mitchell Stevens, and Anthony Vuoto in the above-captioned case.

Dated: April 22, 2015                  CROSS & SIMON, LLC

                                            */s/ Michael J. Joyce*
                                            Michael J. Joyce (No. 4563)
                                            1105 North Market Street
                                            Suite 901
                                            Wilmington, DE 19801
                                            Telephone: (302) 777-4200
                                            Facsimile: (302) 777-4224
                                            Email: mjoyce@crosslaw.com

                                            - and -

Stephan E. Kyle, Esquire
KYLE LAW CORPORATION
230 California Street, Suite 600
San Francisco, California 94111
Telephone: (415) 839-8100
Facsimile: (415) 839-8189
Email: skyle@kylelawcorp.com

*Counsel for Melba Bartels, Kenneth Kido, Steven Stein, Mitchell Stevens, and Anthony Vuoto*