

RICHARDS LAYTON & FINGER

Attorneys at Law

Amanda R. Steele
302-651-7838
steele@rlf.com

March 7, 2016

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street
Room 4324, Unit 19
Wilmington, Delaware 19801

      Re:    **WMI Liquidating Trust v. Federal Deposit Insurance Corporation et al, No. 1:14-CV-1097 (GMS)**

Dear Judge Sleet:

      This firm represents WMI Liquidating Trust, the appellee, ("WMILT") in the above-captioned bankruptcy appeal. By Order entered on February 2, 2016 [D.I. 10], the Court directed the parties to confer and submit a proposed briefing schedule on or before March 8, 2016.

      In response to the Order, on February 9, 2016, counsel for WMILT submitted a proposed briefing schedule to appellant, Mr. Hussain Kareem. Mr. Kareem has declined to discuss any schedule, instead insisting that the parties revisit mediation despite Magistrate Judge Thynge's recommendation, dated February 2, 2016. Consistent with the Order, counsel for WMILT encloses an order establishing a briefing schedule, the same briefing schedule as was shared with Mr. Kareem on February 9, 2016.

      We remain available to discuss this matter at the Court's convenience.

                                            Respectfully submitted,

                                            Amanda R. Steele

Enclosure
cc:  Brian S. Rosen (via email)
      Hussain Kareem (via email & overnight mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
*In re* : Chapter 11
:
WASHINGTON MUTUAL, INC., et al.,[1] : Case No. 08-12229 (MFW)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------x
HUSSAIN KAREEM :
: Civil Action No. 15-995-GMS
Appellant, :
v. :
:
WMI LIQUIDATING TRUST, :
:
Appellee. : Related to BAP No. 15-61
:
------------------------------------------------------------x

## [PROPOSED] ORDER TO ESTABLISH BRIEFING SCHEDULE

WHEREAS, by Order entered on February 2, 2016 (the "Order") [D.I. 10], the Court withdrew this matter from mandatory referral for bankruptcy appeals and authorized this case to proceed through the appellate process of the Court;

WHEREAS, the Order directed the parties to confer and submit a proposed briefing schedule on or before March 8, 2016;

WHEREAS, consistent with the Order, counsel for WMI Liquidating Trust submitted the following proposed briefing schedule to such appeal (the "Briefing Schedule"):

| | |
|---|---|
| Appellant's Opening Brief on Appeal | April 1, 2016 |
| Appellees' Answering Brief on Appeal | May 2, 2016 |

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) Washington Mutual, Inc. (3725); and (ii) WMI Investment Corp. (5395). The principal offices of WMILT, as defined herein, are located at 1201 Third Avenue, Suite 3000, Seattle, Washington 98101.

1823810.2 03/07/2016

    Appellant's Reply Brief on Appeal      May 17, 2016

IT IS HEREBY ORDERED this _____ day of _____, 2016, that the Briefing Schedule is GRANTED.

                    _____
                    The Honorable Gregory M. Sleet
                    United States District Court Judge