# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WMI LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:14-cv-1097 (GMS)<br><br>Re: Docket Nos. 50 & 51 |

## AMENDED CERTIFICATE OF SERVICE

I, Andrew M. Dean, hereby certify that on June 28, 2016, I caused a copy of (i) *Plaintiff WMI Liquidating Trust's Motion for Judgment on the Pleadings on Count I of Certain Employee Defendants' Counterclaims* [Docket No. 50], and (ii) the *Memorandum of Law in Support of Plaintiff WMI Liquidating Trust's Motion for Judgment on the Pleadings on Count I of Certain Employee Defendants' Counterclaims* [Docket No. 51] to be served in the manner so indicated on the parties listed below:

**By U.S. Mail:**

Erik B. Bond
Federal Deposit Insurance Corporation,
Legal Division
3501 N. Fairfax Drive
Arlington, VA 22226

Katherine H. Wheatley
Christopher J. Becker
Joshua P. Chadwick
Bd. of Governors of the Federal Reserve System
20th and C Streets, N.W. MS #9
Washington, DC 20551

Stephen Kyle
Kyle Law Corporation
230 California Street, Suite 600
San Francisco, CA 94111

Robyn B. Sokol
Ezra Brutzkus Gubner LLP
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911

Benjamin Turk
29 Wimberly Court
Dallas, TX 75229

Gennadiy Darakhovskiy
24463 SE 46th Place
Issaquah, WA 98029

RLF1 14722905V.2

| | |
|---|---|
| Bruce Alan Weber<br>23245 Stottlemeyer Road NE<br>Poulsbo, WA 98370 | Bruce Weber<br>3167 NE Wren Way<br>Poulsbo, WA 98370 |
| Brian T. Foster<br>563 Park Avenue NE<br>Bainbridge Island, WA 98110 | Suzanne R. Lehrberger<br>303 Robin Hood Court<br>Irving, TX 75061 |
| John F. Woods<br>923 Eagle Ridge Drive<br>Danville, CA 94506-5870 | Patricia M. Roberts<br>700 New Hampshire Avenue NW, Apt 1017<br>Washington, DC 20037 |

**By Hand Delivery:**

Michael Joseph Joyce
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801

Michael Busenkell
Gellert Scali Busenkel & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

Jeffrey S. Cianciulli
Weir & Partners LLP
824 North Market Street, Suite 800
Wilmington, DE 19801

                                            */s/ Andrew M. Dean*
                                            Andrew M. Dean (No. 6147)