

**TRENK · DIPASQUALE**
DELLA FERA · SODONO

**Anthony Sodono, III**
Director
Direct: 973-323-8656
asodono@trenklawfirm.com

347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052

P: 973-243-8600
F: 973-243-8677

July 13, 2016

Client No. 3850-001

**Via Overnight Delivery**
Office of the Clerk
United States District Court
844 North King Street, Unit 18
Wilmington, Delaware 19801-3570



RECEIVED
JUL 14 2016
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    RE:    WMI Liquidating Trust v. FDIC, et. al.
            Civil Action No. 1:14-cv-1097 (GMS)

Dear Clerk:

    This firm represents Keith O. Fukui and Jacob E. Sorensen, defendants in the above referenced matter. Please note that our firm is not an ECF party in this action. Accordingly, enclosed for filing please find an original and two (2) copies of the following documents:

1. Joinder of Keith Fukui and Jacob Sorensen in Responses to Motion of Plaintiff WMI Liquidating Trust for Judgment on the Pleadings; and
2. Certification of Service.

    Kindly file the enclosed documents, and return a "filed" copy of same in the self-addressed, stamped envelope provided for your convenience.

    If you have any questions or comments, please contact me. Thank you for your attention to this matter.

Respectfully submitted,

Anthony Sodono, III

Enclosures
4819-4491-9092, v. 1