OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

UNIT 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

July 22, 2016

TO:    Anthony Sodono, III
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052

RE:    DE Civil Action No.: 14-1097 (GMS)
**WMI Liquidating Trust v. Federal Deposit Insurance Corporation et al**

Dear Counsel:

The above referenced action was filed in the U.S. District Court on August 24, 2014.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective April 30, 2010) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d) and (e) read as follows:

> (d)   Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted *pro hac vice* in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.
>
> (e)   Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D. Del. LR 83.5(d) within 30 days after:
>
> > (1)   **The filing of the first paper filed on its behalf**; or
> >
> > (2)   The filing of a case transferred or removed to this Court.
>
> Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before **August 25, 2016.**

Sincerely,

John A. Cerino
Clerk of Court

By: /s/   Mark Buckson
       Deputy Clerk