# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WMI LIQUIDATING TRUST, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Case No. 14-cv-01097 (GMS) |
|  | : |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*, | : |
|  | : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Daniel K. Astin, John D. McLaughlin, Jr. and Joseph J. McMahon, Jr. of Ciardi Ciardi & Astin as Delaware counsel for Defendants Keith Fukui and Jacob Sorensen in the above-captioned matter.  For avoidance of doubt, Trenk DiPasquale Della Fera Sodono remains counsel to the aforementioned defendants as of the date of filing of this Notice.

Date:  August 25, 2016
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, DE  19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

*Attorneys for Defendants Keith Fukui and
  Jacob Sorensen*

## **CERTIFICATE OF SERVICE**

I certify that, on August 25, 2016, I caused a copy of the foregoing **Notice of Entry of Appearance** to be served electronically upon all registered users in the case via its filing with the Court; the document may be viewed or downloaded via the Court's Civil Electronic Filing System.

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)