UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WMI LIQUIDATING TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, in its corporate capacity, et al.<br><br>　　　　　Defendants. | Civil Action No. 14-cv-1097 (GMS) |

**CROSS-CLAIM DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

The Federal Deposit Insurance Corporation in its corporate capacity ("FDIC") respectfully submits this motion for judgment on the pleadings seeking dismissal of the Cross-Claims against it, pursuant to Federal Rule of Civil Procedure 12(c), for the reasons set forth in the accompanying Memorandum of Law in Support of Cross-Claim Defendant Federal Deposit Insurance Corporation's Motion for Judgment on the Pleadings.

WHEREFORE, the FDIC requests entry of an order, substantially in the form attached hereto as Exhibit A, granting the relief sought herein and such other and further relief as is just.

Dated:   December 5, 2016                              Respectfully submitted,

                                                          BARBARA KATRON
                                                          Senior Counsel

                                                          By: _____
                                                          ERIK BOND
                                                          Counsel, Corporate Litigation Unit
                                                          erbond@FDIC.gov

                                                          The Federal Deposit Insurance Corporation
                                                          3501 N. Fairfax Drive, D-7026
                                                          Arlington, VA 22226
                                                          Telephone: (703) 562-6461
                                                          Fax: (703) 562-2477

                                                          *Attorneys for Defendant*
                                                          *Federal Deposit Insurance Corporation*