# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WMI LIQUIDATING TRUST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, et al.<br><br>　　　　　Defendants. | Civil Action No. 14-cv-1097 (GMS) |

### ORDER GRANTING CROSS-CLAIM DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS

Upon consideration of Defendant Federal Deposit Insurance Corporation's Motion for Judgment on the Pleadings, dated December 5, 2016 (the "Motion"); and upon consideration of any objections or responses submitted in connection with the Motion; and upon consideration of the record in connection with the Motion; and upon sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that all of the Cross-Claims[1] asserted against the FDIC in the above-captioned proceeding, including the Covered Company Cross-Claims, Plan Cross-Claims, settlement Cross-Claims, ATR Waiver Cross-Claims, and ATR Application Cross-Claims, are dismissed pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

Dated: Wilmington, Delaware
　　　　_____, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1. Capitalized terms not otherwise defined in this order shall have the meanings ascribed to them in the Motion.