# EXHIBIT A

## CROSS-CLAIMS ASSERTED AGAINST THE FDIC

| Claimant(s) | Court | Case Number | D.I. | Covered Company Cross-Claim | Settlement Cross-Claim | Plan Cross-Claim | ATR Waiver Cross-Claim | ATR Application Cross-Claim |
|---|---|---|---|---|---|---|---|---|
| Craig E. Tall | W.D. Wash. | No. 13-01706 | 146 | X | X | X | | |
| Susan Allison | W.D. Wash. | No. 13-01706 | 171 | X | X | X | | |
| Jeffrey Jones | W.D. Wash. | No. 13-01706 | 172 | X | X | X | | |
| Todd H. Baker, Sean Becketti, Anthony Joseph Bozzuti, Alfred Brooks, Thomas W. Casey, Gregory C. Camas, Deborah D. Horvath, Rajiv Kapoor, Marc Malone, John P. McMurray, Thomas E. Morgan, Genevieve Smith, Radha Thompson, Ann Tierney and Robert J. Williams, Jr. | W.D. Wash. | No. 13-01706 | 173 | X | X | X | | |
| Robert Batt | W.D. Wash. | No. 13-01706 | 174 | X | X | X | | |
| Patricia Schulte | W.D. Wash. | No. 13-01706 | 175 | X | X | X | | |
| Scott Shaw | W.D. Wash. | No. 13-01706 | 176 | X | X | X | | |
| Steven Kenneth Stearns | W.D. Wash. | No. 13-01706 | 177 | X | X | X | | |

| Claimant(s) | Court | Case Number | D.I. | Covered Company Cross-Claim | Settlement Cross-Claim | Plan Cross-Claim | ATR Waiver Cross-Claim | ATR Application Cross-Claim |
|---|---|---|---|---|---|---|---|---|
| Randy Melby | W.D. Wash. | No. 13-01706 | 178 | X | X | X | | |
| Michelle McCarthy | W.D. Wash. | No. 13-01706 | 179 | X | X | X | | |
| Jacob E. Sorenson | Bankr. D. Del. | No. 14-50435 | 36 | X | X | X | | |
| Keith O. Fukui | Bankr. D. Del. | No. 14-50435 | 37 | X | X | X | | |
| Robert Bjorklund, Kimberly Cannon, Daryl David, Michael Reynoldson, and Chandan Sharma | D. Del. | No. 14-1097 | 70 | X | X | X | X[*] | |
| Melba Ann Bartels, Kenneth E. Kido, Steven F. Stein, Mitchell Stevens, and Anthony F. Vuoto | D. Del. | No. 14-1097 | 71 | X | X | X | X | X |
| John H. Murphy | D. Del. | No. 14-1097 | 72 | X | X | X | X | X |

---

[*] This ATR Waiver Cross-Claim appears to be asserted solely against WMILT. However, to the extent it may be construed as a Cross-Claim against the FDIC, the FDIC seeks dismissal.