**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WMI LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, *et. al.*,<br><br>          Defendants. | Civil Action No. 1:14-cv-01097 (GMS) |

**JOINDER OF KEITH FUKUI AND JACOB SORENSEN IN RESPONSES TO MOTION OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION FOR JUDGMENT ON THE PLEADINGS**

Defendants Keith Fukui and Jacob Sorensen (the "Defendants") hereby join in the following responses to the motion (the "Motion") for Judgment on the Pleadings filed by the Federal Deposit Insurance Corporation (Docket No. 101):

1. Opposition to Cross-Claim Defendant Federal Deposit Insurance Corporation's Motion for Judgment on the Pleadings (Docket No. 108);

2. Opposition of John H. Murphy to Cross-Claim Defendant Federal Deposit Insurance Corporation's Motion for Judgment on the Pleadings (Docket No. 109); and

3. Opposition of Cross Claimants Robert Bjoruklund, Kimberly A. Cannon, Daryl D. David, Michael Reynoldson, and Chandan Sharma to the Cross-Claim Defendant Federal Deposit Insurance Corporation's Motion for Judgment on the Pleadings (Docket No. 110).

For the reasons set forth in the above-referenced responses, the Defendants respectfully join in the responses, adopt the positions therein, and respectfully request that the Motion be denied. The Defendants reserve the right to join in any additional responses to the Motion.

Dated: December 23, 2016  CIARDI CIARDI & ASTIN
Wilmington, Delaware

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302) 658-1300 facsimile
jmcmahon@ciardilaw.com

-and-

Anthony Sodono, III
TRENK, DiPASQUALE,
 DELLA FERA & SODONO, P.C.
347 Mount Pleasant Avenue
Suite 300
West Orange, New Jersey 07052
(973) 243-8600 telephone
(973) 243-8677 facsimile
asodano@trenklawfirm.com

*Attorneys for Keith Fukui and*
 *Jacob Sorensen*