**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Brian S. Rosen**
+1 (212) 310-8602
brian.rosen@weil.com

July 25, 2017

Honorable Gregory M. Sleet
United States District Judge
United States District Court
District of Delaware
844 North King Street
Room 4324, Unit 19
Wilmington, DE 19801-3569

Re: ***WMI Liquidating Trust v. Federal Deposit Insurance Corporation*, No. 1:14-cv-1097 (GMS)**

Dear Judge Sleet:

As you may recall, this firm and Richards, Layton & Finger represent WMI Liquidating Trust in the above-referenced matter. We write to inform the Court of a significant misrepresentation made by counsel for the "Individual Defendants" in their Reply in Support of Defendants' Motion for Judgment on the Pleadings, Docket No. 138.

On page 7 of the Reply, the Individual Defendants attempt to distinguish the precedent-setting and applicable Williams decision, Williams v. FDIC, No. 09-504 (RAJ) 2011 U.S. Dist. LEXIS 158961 (W.D. Wash. Aug. 30, 2011), aff'd 492 F.App'x 796 (9th Cir. 2012), by stating that, unlike the agreements at issue in Williams, "WMI, not WMB, was the entity obligated by the agreements and plans" in question in this proceeding. This is inaccurate. In fact, fifty-seven (57) of the sixty-eight (68) Individual Defendants (eighty-four percent (84%)) were employees of WMB and their respective agreements and plans were, prior to their termination, with WMB (as shown by the enclosed Exhibit A). Moreover, as determined by the Bankruptcy Court, absent extraordinary circumstances being established (and none were found by the court in connection with WMI and WMB), under Delaware law, WMI would not be liable for the obligations of WMB. *Youkelsone v. Washington Mutual, Inc.*, No. 08-12220 (MFW) (Bankr. D. Del. Aug. 13, 2010), *aff'd*, No. 10-847 (GMS) (D. Del. May 24, 2017).

We appreciate your time in addressing this matter.

Respectfully submitted,

Brian S. Rosen

Encl.

cc: Stephan E. Kyle, Esq.
Michael J. Joyce, Esq.
Marcos Ramos, Esq.
Charles E. Smith, Esq.

# Exhibit A[1]

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Allison, Susan C. | WMB | Commercial Risk Management | Sr. Mgr.-Regulatory-Op Risk | WMB CIC Agreement |
| | | | | Cash LTI Agreement |
| | | | | Equity Incentive Plan |
| Bach, Edward F. | WMB | Nat'l Default | Mgr.-LS Default Mgmt. Servicing | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Baker, Todd H. | WMI | Enterprise Wide Finance | EVP-Corp. Strategy & Devel. | WMI CIC Agreement |
| | | | | WMI Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Bartels, Melba Ann | WMB | Enterprise Wide Finance | Div Exec-Corp FP&A-Fin Ops | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Batt, Robert N. | WMB | Corp Counterparty Credit | Grp Mgr-Counterparty Credit | WMB CIC Agreement |
| | | | | SERAP |
| | | | | Equity Incentive Plan |
| Becketti, Sean | WMB | Capital Mkts. | Div. Exec-Cap Mkts. Research Strat. | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Berens, Henry J. | WMB | Home Loans | Div. Exec-Loan Servicing | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |

[1] The employment data contained in this **Exhibit A** was obtained from the PeopleSoft payroll system of WMI or WMB, as applicable.

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Bivert, Bruce W. | WMB | Consumer Direct | Div Exec-Mtg Bnk Operations | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | SERAP |
| | | | | Equity Incentive Plan |
| Bjorklund, Robert C. | WMB | Capital Strategies | Portfolio Manager III | WaMu Severance Plan |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Bozzuti, Anthony Joseph | WMB | Technology | Div. Exec-Commercial Technology | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Brady, Gary P. | WMB | Employment Team in Legal Department | Assistant General Counsel | WaMu Severance Plan |
| | | | | Signing Bonus |
| Brennan, Carey M. | WMB | Legal Department | Deputy CLO & GC-Capital Market | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Brooks, Al | WMI | President and COO | President Commercial Group | WMI CIC Agreement |
| | | | | ETRIP (CIC Component) |
| | | | | Equity Incentive Plan |
| Brouwer, Curt | WMB | Enterprise Wide Finance | Div Exec-Tax | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | SERAP |
| | | | | Equity Incentive Plan |
| Browning, John M. | WMB | Div Exec-Tax | Sr. Mgr.-Spend Mgmt. Operation | WMB CIC Agreement |
| | | | | Confidential Executive Separation Agreement |
| | | | | Equity Incentive Plan |

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Camas, Gregory G. | WMB | Secondary Marketing/ Trading | Portfolio Manager III-CM | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Cannon, Kimberly A. | WMB | | Div. Exec-HR Solutions | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Carlisle, Gregory Alan | WMB | Term Lending –East Market | Real Mgr.-Commercial | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Casey, Thomas W. | WMI | Corporate | Chief Financial Officer | WMI CIC Agreement |
| | | | | ETRIP (CIC Component) |
| | | | | Equity Incentive Plan |
| David, Daryl D. | WMI | Corporate | Chief HR Officer | WMI CIC Agreement |
| | | | | ETRIP (Base Component) |
| | | | | ETRIP (CIC Component) |
| | | | | WMI Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Domer, Jake D. | WMB | HL Product & Administration | Div Exec-Strategic Dvlpt | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Duck, Duane | WMB | RB-Sales Leadership | Sr Mgr Retail Sales Bus Devel | WaMu Severance Plan |
| | | | | Equity Incentive Plan |
| Eschenbach, Andrew J. | WMB | HL Risk Modeling | Sr. Mgr-Model Validation | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Everett, Camille | WMB | Legal Division Admin - Fa | Assistant GC | WaMu Severance Plan |
| | | | | Equity Incentive Plan |

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Finzer, William | WMB | Special Assets | Regl Manager-Special Assets | WMB CIC Agreement<br>WMB Retention Bonus Agreement<br>Equity Incentive Plan |
| Fortunato, Stephen | WMB | Corporate Capital Markets | Div. Exec-Finance & Risk Mgmt. | WMB CIC Agreement<br>SERAP<br>Equity Incentive Plan |
| Foster, Brian T. | WMB | Comm Application Delivery | Bus Solutions Mgr Sr (Tech) | WMB Retention Bonus Agreement<br>WMB CIC Agreement<br>Equity Incentive Plan |
| Freilinger, Peter | WMB | Treasury | Sr Mgr-Capital Strategies | WMB Retention Bonus Agreement<br>Equity Incentive Plan |
| Fukui, Keith O. | WMB | CS - Corporate Planning 4 | Division Finance Officer IV | WMB CIC Agreement<br>WMB Retention Bonus Agreement<br>Equity Incentive Plan |
| Gaspard, Matthew | WMB | Legal Department | Div Exec-Gov Relations | WMB CIC Agreement<br>Equity Incentive Plan |
| Horvath, Debora D. | WMI | President & COO | Chief Information Officer | WMI CIC Agreement<br>ETRIP (CIC Component)<br>WMI Retention Bonus Agreement<br>Equity Incentive Plan |
| Jones, Jeffrey | WMB | Retail Marketing | Sr Mgr Retail National Mktg | WMB CIC Agreement<br>WMB Retention Bonus Agreement<br>Equity Incentive Plan |
| Kapoor, Rajiv | WMB | Card Services Technology | Technology Group Mgr. Sr. | WMB CIC Agreement<br>Equity Incentive Plan |

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Kido, Kenneth E. | WMB | Retail Leadership | EVP-Retail Banking Store Dist | WMB Retention Bonus Agreement |
| | | | | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Lehrberger, Suzanne R. | WMB | RB Dist-TX | CB Region Mgr.-Sr. | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Lowery, Ronald M. | WMB | Home Loans/Finance | Sr Mgr-MSR/Residual Valuation | WMB CIC Agreement |
| | | | | SERP/SERAP |
| | | | | Equity Incentive Plan |
| Malone, Marc | WMB | Financial Planning & Analysis | Division Finance Officer IV | WMB CIC Agreement |
| | | | | Cash LTI Agreement |
| | | | | Equity Incentive Plan |
| McCarthy, Michelle | WMB | Enterprise Risk Management | Div Exec-Market Risk Mgmt | Cash LTI Agreement |
| | | | | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| McMurray, John P. | WMI | Corporate | EVP-Chief Enterprise Risk Officer | WMI CIC Agreement |
| | | | | ETRIP (CIC Component) |
| | | | | WMI Retention Bonus Agreement |
| | | | | Cash LTI Agreement |
| | | | | WMI Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Melby, Randy | WMB | Enterprise Risk Management | Div. Exec-General Auditor | WMB CIC Agreement |
| | | | | Equity Incentive Plan |

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Mileur, Rachelle M. | WMB | Enterprise Program Office | Technology Group Mgr Sr | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Morgan, Thomas E. | WMB | Home Loans | Div. Exec.-Home Loans Technology | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Murphy, John H. | WMB | CREL – Central Region | Relationship Mgr. III-CRE | WMB CIC Agreement |
| | | | | Commissions |
| | | | | Equity Incentive Plan |
| Reynoldson, Michael | WMB | Corporate Human Resources | Div. Exec-HR Service Center | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | SERAP |
| | | | | Equity Incentive Plan |
| Roberts, Patricia M. | WMB | CS – Executive Administration | Div. Exec-HR Business Segment | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Rotella, Stephen J. | WMI | Corporate | President and COO | WMI CIC Agreement |
| | | | | ETRIP (CIC Component) |
| | | | | Equity Incentive Plan |
| Schneider, David | WMI | President & COO | President – Home Loans | WMI CIC Agreement |
| | | | | ETRIP (CIC Component) |
| | | | | WMI Retention Bonus Agreement |
| | | | | Equity Incentive Plan |

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Schrag, Janquelin F. | WMB | Legal Department | Div Exec-Bus Planning & Ops | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Schulte, Patricia | WMB | Treasury | Div Exec-Corp Cash Mgmt | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Sharma, Chandan | WMB | Chief Technology Office | Div. Exe-Supplier Strtgy. & Mgt. | WMB CIC Agreement |
| | | | | Cash LTI Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Shaw, Scott | WMB | Customer Experience | Sr Mgr RB Customer Experience | WaMu Severance Plan |
| | | | | Equity Incentive Plan |
| Smith, Genevieve | WMB | President & COO | Chief Marketing Officer | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Sorensen, Jacob E. | WMB | CS - Corporate Development 4 | Group Mgr-FP&A | WMB Retention Bonus Agreement |
| | | | | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Stein, Steven F. | WMB | Home Loans | Channel Director-Home Loans | WMB Retention Bonus Agreement |
| | | | | SERAP |
| | | | | Equity Incentive Plan |
| Stevens, Mitchell | WMB | CS - PVN Mktg - Acquisitions 5 | Div Exec - Marketing | WMB CIC Agreement |
| | | | | Cash LTI Agreement |
| | | | | Equity Incentive Plan |
| Suchan, Jane | WMB | Enterprise Program Office | Technology Group Mgr Sr | WMB Retention Bonus Agreement |
| | | | | WMB CIC Agreement |
| | | | | Equity Incentive Plan |

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Stearns, Steven Kenneth | WMB | Capital Strategies | Portfolio Manager III | WMB CIC Agreement |
| | | | | Equity Incentive Plan |
| Tall, Craig E. | WMI | Corporate | Vice Chair –Business Dev. | WMI CIC Agreement |
| | | | | ETRIP (CIC Component) |
| Tauber, Andrew | WMB | National Sales | Area Mgr.-Commercial | WMB CIC Agreement |
| | | | | Cash LTI Agreement |
| | | | | Equity Incentive Plan |
| Thompson, Radha | WMB | Home Loans Technology | Div. Exec – HL Production Tech. | WMB CIC Agreement |
| | | | | Cash LTI Agreement |
| | | | | Equity Incentive Plan |
| Tierney, Ann | WMB | Consumer Credit Risk | Sr. Credit Officer-Policy/Subpr. | WMB CIC Agreement |
| | | | | Cash LTI Agreement |
| | | | | SERAP |
| | | | | Equity Incentive Plan |
| Vuoto, Anthony F. | WMI | President & COO | President WM Card Services | WMI CIC Agreement |
| | | | | ETRIP (CIC Component) |
| | | | | ETRIP (Base Component) |
| | | | | WMI Retention Bonus Agreement |
| | | | | Attorneys' Fees Component |
| | | | | Equity Incentive Plan |
| Weber, Bruce | WMB | Commercial Technology | Technology Group Mgr Sr | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Weinstein, Jeffrey P. | WMB | CS - Executive Administration | Div Exec-Card Svcs Technology | WMB Retention Bonus Agreement |
| | | | | WMB CIC Agreement |

| Individual Defendant | Employer | Department | Job Title | Agreements and Plans |
|---|---|---|---|---|
| Williams, Robert J. Jr. | WMI | Enterprise Wide Finance | Div. Exe-Treasury | WMI CIC Agreement |
| | | | | WMI Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Woods, John F. | WMB | Home Loans | CFO-Home Loans | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Wu, Weijia | WMB | Capital Strategies | Portfolio Manager III | WaMu Severance Plan |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |
| Zarro, Michael R. | WMB | Home Loans | Div. Exec-Home Loans Opts. Strat. | WMB CIC Agreement |
| | | | | WMB Retention Bonus Agreement |
| | | | | Equity Incentive Plan |